UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSELLA BASKIN,

        Plaintiff,                Case No. 1:13-CV-961

v.                                        HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 16, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (ECF No. 24) recommending that Plaintiff's motion for attorney fees (ECF No. 22) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), be granted in part and denied in part.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 16, 2014, R&R  (Dkt. No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt. No. 22) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

**IT IS FURTHER ORDERED** that Defendant remit two thousand, four hundred, thirty-seven dollars and fifty cents ($2,437.50) in fees and that such be paid directly to Plaintiff.


Dated: <u>May 13, 2014</u>                                    /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE